GARSON C. SOE, ESQ. (SBN #148544)
garson@soelaw.com
1630 Riviera Ave.
Walnut Creek, CA 94596
Telephone: (925) 935-9090
Facsimile: (925) 935-4069

Attorneys for Defendants
CYNTHIA ROSE YEAGER and
WAYNE EDWARD YEAGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH MARIE CHRISTOPHER, WAYNE CHRISTOPHER, II, CYNTHIA ROSE YEAGER and WAYNE EDWARD YEAGER, INDIVIDALLY AND D/B/A CHRISTOPHER'S FAMILY PIZZERIA,<br><br>Defendants. | CASE NO. C10-03800<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS CYNTHIA ROSE YEAGER AND WAYNE EDWARD YEAGER TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>HONORABLE<br>ELIZABETH D. LAPORTE<br><br>**[FILED WITH ATTACHED PROPOSED ORDER]** |

WHEREAS:

1. Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") filed this action on August 26, 2010;

2. Defendants Cynthia Rose Yeager and Wayne Edward Yeager (collectively "Yeagers") were served with summons and complaint on September 24, 2010 and their responsive pleading in currently due, pursuant to this Court's Order, on October 15, 2010.

3. None of the other Defendants, Elizabeth Marie Christopher and Michael Wayne Christopher, II ("Christophers") in this action has been served with the summons and complaint;

4. The Parties and the Court will avoid duplication of effort if there is a single, unified response date for all Defendants, once the Christophers are served.

5. It is anticipated that Mr. Soe will also represent the Christophers.

NOW THEREFORE, Defendants Yeagers, through their attorney, Garson C. Soe, and Plaintiff Joe Hand Promotions, Inc., through its attorney, Thomas P. Riley, hereby stipulate and agree that the time for all named Defendants to file an answer to the Complaint shall be extended an additional 31 days, up to and including November 15, 2010, and request that this Court enter the accompanying proposed order to that effect.

Dated: October 11, 2010

By: [signature]

Garson C. Soe
Attorneys for Defendants Cynthia Rose Yeager and Wayne Edward Yeager

Dated: October 11, 2010

Law Offices of Thomas P. Riley, P.C.

By: /s/ Thomas P. Riley

Thomas P. Riley
Attorneys for Plaintiff Joe Hand Promotions, Inc.

2

STIPULATION EXTENDNG TIME TO ANSWER

## [Proposed] ORDER

Pursuant to the foregoing stipulation and good cause appearing:

IT IS HEREBY ORDERED that the time for Defendants Cynthia Rose Yeager, Wayne Edward Yeager, Elizabeth Marie Christopher, and Michael Wayne Christopher, II, to file an answer to the Complaint is extended up to and including November 15, 2010.

Dated: Oct. 18, 2010

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE
UNITED STATES DISTRICT JUDGE