1  Garson C. Soe, Esq. (Bar No. #148544)
   garson@soelaw.com
2  1630 Riviera Ave.
   Walnut Creek, CA 94596
3  Telephone:   (925) 935-9090
   Facsimile:    (925) 935-4069
4
   Attorneys for Defendants
5  Elizabeth Marie Christopher,
   Michael Wayne Christopher, II,
6  Cynthia Rose Yeager and
   Wayne Edward Yeager
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10
   JOE HAND PROMOTIONS, INC.          CASE NO.  C10-03800 EDL
11
                  Plaintiff,          **STIPULATION TO CONTINUE**
12                                    **SETTLEMENT CONFERENCE BEFORE**
                  vs.                 **MAGISTRATE BERNARDZIMMERMAN**
13
   ELIZABETH MARIE
14 CHRISTOPHER, MICHAEL
   WAYNE CHRISTOPHER, II,
15 CYNTHIA ROSE YEAGER and
   WAYNE EDWARD YEAGER,
16 Individually and doing business as
   CHRISTOPHER'S FAMILY
17 PIZZERIA,

18                Defendants.

19

20

21     WHEREAS, this action was filed on August 26, 2010, service on all defendants

22 was completed on October 29, 2010, and an Answer was timely filed on November 15,

23 2010.

24

25     WHEREAS, this case was reassigned to the Honorable Saundra Brown Armstrong

26 on November 30, 2010 for all proceedings.

27

28

1   WHEREAS, the Initial Case Management Conference was held on February 10,

2   2011 and the Case Management Scheduling Order was entered and served on February

3   23, 2011.

4

5   WHEEREAS, the Case Management Scheduling Order instructed the parties to

6   participate in a settlement conference before a Magistrate during the period of September

7   19th to 30th, 2011.

8

9   WHEREAS, on March 2, 2011, Magistrate Bernard Zimmerman notified

10  respective counsel that a settlement conference had been set for March 25, 2011 at 9:00

11  a.m.

12

13  WHEREAS, all parties agree that they will not have sufficient time to conduct

14  discovery by March 25, 2011.  This lack of time will significantly impair the effectiveness

15  of the March 25, 2011 settlement conference and, therefore, the parties respectfully

16  request that it be continued.

17

18  The parties, therefore, AGREE TO AND STIPULATE, as follows

19

20  1.      That the settlement conference be continued to a date, convenient to the

21  Court, in June 2011.

22

23  2.      That the dates convenient to the parties are **June 22nd, 23rd, 24th and 30th**.

24

25

26  ///

27

28

2

1   Dated:  March 7, 2010                Garson C. Soe

2
                                         By:      /s/ Garson C. Soe
3                                        _____
                                         Attorneys for Defendants
4                                        Elizabeth Marie Christopher, Michael Wayne
                                         Christopher, II, Cynthia Rose Yeager and
5                                        Wayne Edward Yeager

6

7   Dated:  March 7, 2010                Law Offices of Thomas P. Riley, P.C.

8
                                         By:      /s/ Thomas P. Riley, P.C.
9                                        _____
                                         Attorneys for Plaintiff
10                                       Joe Hand Promotions, Inc.

11

12       Based on the Stipulation of the parties and good cause appearing therefore, it is

13   SO ORDERED that the Settlement Conference be continued to ~~June ____, 2011~~ at 9:00
                                                                 **May 10, 2011 at 9:00 a.m.**

14   a.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

15   Francisco, California 94102.

16

17

18   Dated: March  8 _, 2010             _____
                                         Bernard Zimmerman
19                                       United States Magistrate Judge

20

21

22

23

24

25

26

27

28
                                         3