Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Joe Hand Promotions, Inc., | CASE NO. CV 10-0380 SBA |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ELIZABETH MARIE CHRISTOPHER, MICHAEL WAYNE CHRISTOPHER, II, CYNTHIA ROSE YEAGER and WAYNE EDWARD YEAGER, individually and d/b/a CHRISTOPHER'S FAMILY PIZZERIA |
| vs. | |
| Elizabeth Marie Christopher, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants ELIZABETH MARIE CHRISTOPHER, MICHAEL WAYNE CHRISTOPHER, II, CYNTHIA ROSE YEAGER and WAYNE EDWARD YEAGER, individually and d/b/a CHRISTOPHER'S FAMILY PIZZERIA, that the above-entitled action is hereby dismissed **with prejudice** against ELIZABETH MARIE CHRISTOPHER, MICHAEL WAYNE CHRISTOPHER, II, CYNTHIA ROSE YEAGER and WAYNE EDWARD YEAGER, individually and d/b/a CHRISTOPHER'S FAMILY PIZZERIA.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 27, 2011          *s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               JOE HAND PROMOTIONS, INC.

Dated:      July 2, 2011       *s/ Garson C. Soe*
                               **LAW OFFICES OF GARSON C. SOE**
                               By:  Garson C. Soe
                               Attorneys for Defendants
                               ELIZABETH MARIE CHRISTOPHER,
                               MICHAEL WAYNE CHRISTOPHER, II,
                               CYNTHIA ROSE YEAGER and
                               WAYNE EDWARD YEAGER, individually and d/b/a
                               CHRISTOPHER'S FAMILY PIZZERIA

**IT IS SO ORDERED**:

_____                    Dated: 7/6/11 _____
The Honorable Saundra B. Armstrong
**United States District Court**
**Northern District of California**

**STIPULATION OF DISMISSAL**
«CaseNo»
**PAGE 2**

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 27, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ELIZABETH MARIE CHRISTOPHER, MICHAEL WAYNE CHRISTOPHER, II, CYNTHIA ROSE YEAGER and WAYNE EDWARD YEAGER, individually and d/b/a CHRISTOPHER'S FAMILY PIZZERIA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Garson C. Soe, Esquire
LAW OFFICES OF GARSON C. SOE
1630 Riviera Avenue
Walnut Creek, CA 94596

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 27, 2011, at South Pasadena, California.

Dated: April 27, 2011

INESA MAMIDJANYAN